MORTGAGE ONE CORPORATION
d/b/a HFC Mortgage Corporation,
Respondent,

v.

Linda A. BRENNER–LOTT; Appellant,

Jeffrey S. Brenner and John
Doe, Defendants.

No. WD 68171.

Missouri Court of Appeals,
Western District.

May 6, 2008.

George A. Wheeler, Kansas City, MO, for Appellant.

Beverly Weber, St. Louis, MO, for Respondent.

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Linda A. Brenner–Lott and Jeffrey S. Brenner appeal a summary judgment, granted in favor of Mortgage One Corporation in an unlawful detainer action.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Darnell LOVE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 68174.

Missouri Court of Appeals,
Western District.

May 6, 2008.

Mark A. Grothoff, Esq., Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen. and Cory Loee Atkins, Esq., Jefferson City, MO, for respondent.

Before DIV IV: HOWARD, C.J., HARDWICK, and WELSH, JJ.

### ORDER

PER CURIAM.

Darnell Love appeals from the denial of his Rule 29.15 motion, following an evidentiary hearing. For reasons explained in the Memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b).